# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 2, 2019

## NO. 03-18-00286-CR

**Robert Wayne Corporon, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 424TH DISTRICT COURT OF LLANO COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgments of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction. Therefore, the Court affirms the trial court's judgments of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.